IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| WILLIE WILLINGHAM, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 06-283-CV-W-DW |
| LABOR CONNECTION, INC., d/b/a LABOR CONNECTIONS, STARPORT SERVICES, INC., and L.R. DENTON, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is Plaintiff Willie Willingham and Defendant Labor Connections, Inc.'s Stipulation of Dismissal with Prejudice. (Doc. 40). Pursuant to the Stipulation, this case is hereby DISMISSED WITH PREJUDICE with each party bearing its own costs and attorneys' fees.

The Clerk of the Court shall mark this case as closed.

Date:   December 21, 2007                             /s/ Dean Whipple
                                                                          Dean Whipple
                                                                   United States District Judge